IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

EARNEST THOMAS,                          *

    Plaintiff,                           *

vs.                                      *

                               CASE NO. 4:25-CV-354 (CDL)

MUSCOGEE COUNTY and GREGORY            *
COUNTRYMAN,
                                         *

    Defendants.                          *
_____  *

O R D E R

Plaintiff filed this action on November 4, 2025. More than 90 days have passed, and Plaintiff has not filed a proof of service showing that Defendants have been served with a copy of the summons and complaint. Under Federal Rule of Civil Procedure 4(m), if a defendant is not served within 90 days after the complaint is filed, the court, after notice to the plaintiff, must dismiss the action without prejudice against the defendants or order that service be made within a specified time. Accordingly, Plaintiff is ordered to serve Defendants in accordance with the Federal Rules of Civil Procedure by February 24, 2026, and to file proof of that service by March 3, 2026. Failure to do so will result in the dismissal of Plaintiff's complaint against Defendants without prejudice.

IT IS SO ORDERED, this 4th day of February, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA