IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

EARNEST THOMAS,                         *

    Plaintiff,                          *

vs.                                     *

                                CASE NO. 4:25-CV-354 (CDL)

MUSCOGEE COUNTY SHERIFF, *et*         *
*al.*,
                                        *

    Defendants.                         *

—————————————————————             *

O R D E R

    The Court ordered Plaintiff to serve Defendants by February 24, 2026 and file proof of that service by March 3, 2026.  The Court warned that failure to file a proof of service would result in the dismissal of Plaintiff's Complaint against Defendants without prejudice.  Plaintiff did not file a proof of service.  Therefore, the Complaint in this action is dismissed without prejudice.

    IT IS SO ORDERED, this 5th day of March, 2026.

                                 S/Clay D. Land
                                 CLAY D. LAND
                                 U.S. DISTRICT COURT JUDGE
                                 MIDDLE DISTRICT OF GEORGIA