IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

EARNEST THOMAS,                                           *

          Plaintiff,                            *

v.                                                                   Case No.  4:25-cv-354-CDL

                                        *

MUSCOGEE COUNTY SHERIFF, *et al.,*

          Defendants.                          *

                                        *

## **J U D G M E N T**

Pursuant to this Court's Order dated March 5, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 5th day of March, 2026.

David W. Bunt, Clerk


s/ Elizabeth S. Long, Deputy Clerk